

# THE LAW OFFICE OF
# CHIMPOULIS & HUNTER, P.A.

150 SOUTH PINE ISLAND ROAD, SUITE 510
PLANTATION, FLORIDA 33324

PHONE (954) 463-0033
FAX (954) 463-9562
www.ChimpoulisHunter.com

MASSEL ABISROR
JAY CHIMPOULIS*
ALEXANDER DOMBROWSKY
ERIC D. FREEDMAN
M. KATHERINE HUNTER
PATTI MEEKS, JD, BSN, RN
SUSANNE E. RIEDHAMMER
DANIELLE A. SUAREZ

BRIAN CHARLTON HUNTER
OF COUNSEL

WILLIAM R. LEMOS
1958-2006

*ALSO ADMITTED IN ILLINOIS

NURSE CONSULTANT
AMY E. LINGERFELDT, RN

MEDICAL ANALYST
JOANNA B. HOFFMAN

PARALEGALS
ELIZABETH CHIMPOULIS, CP
JENNIFER CUNNINGHAM, FRP

FIRM ADMINISTRATOR
DIANE B. STEAD

March 27, 2020

**LEGAL MAIL**
William Westervelt, DC#138254
Moore Haven Correctional Facility
Post Office Box 719001
Moore Haven, Florida 33471

     RE:   William Westervelt v. Trung Van Le, MD; Helen Greig, RN; Jennifer Rae
            Lowe, RN and Haley Ann Johnson, RN
            DOI:       1/4/2014
            Our File No.:  21-5908

Dear Mr. Westervelt:

     I hope this letter finds you safe and healthy. Please know that after receiving your last letter requesting a telephone conference, we tried repeatedly to reach you. As usual, we scheduled a call through your Classification Officer. On one occasion, it turns out you had been moved to another camp the day before, unbeknownst to your Classification Officer. The next time we tried to reach you for the scheduled call, nobody at Classification would answer the phone. We shall continue to try. In the meantime, I need to address an issue with you.

     We recently received your FDOC medical records. They are 230 pages and span from 2006 until 2019. Yet, there are absolutely no records about the broken hand which gave rise to this lawsuit. In fact, there are no records from 2014 at all. This, of course, poses a significant problem for you trying to prove your case. Likewise, albeit to a lesser degree, it poses difficulties to me in defending the case. I believe the problem may stem from your refusal to authorize release of any Mental Health records. From the records we have, it appears you spent a considerable amount of time in Mental Health (TCU, CSU, SHOS)

March 27, 2020
William Westervelt, DC#138254
p.2

==where you were probably seen by medical. I wonder if the records generated by medical staff were included in your mental health records, and thus excluded from production because you refused to authorize their release. I simply don't know. I'd like to get to the bottom of it though.==

    I don't really care about your mental health history—unless you have a history of self-harm directly related to breaking your hands (probably not, but I've seen some strange stuff). I know that aspect of the records is incredibly personal. But if you choose not to allow me to get those records, I must ask that you personally comply with the outstanding Request for Production—we can narrow even narrow it to just the records relating to the care and treatment (or lack thereof) of your allegedly broken hand. Otherwise, I ask that you re-execute the enclosed Authorization and allow release of your mental health records.

                                     Sincerely,

                                       /s/ Alexander Dombrowsky

                                     ALEXANDER DOMBROWSKY