FILED  LEGAL MAIL
7/17/20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS, DIVISION

2020 JUL 22 PM 12:05

WILLIAM WESTERVELT,
   Plaintiff,

v.  Case No: 2:18-cv-522-FtM-38MRM

TRUNG VAN LE, GREIG,
LOWE, and JOHNSON,
   Defendants,

COMES NOW, Plaintiff William Westervelt, pro se, pursuant to Rule 37 Fed.R.Civ.P. and respectfully requests this Honorable Court for an entry of a Order compelling the Defendants to comply with discovery requests. The following will show good cause:

1) This is a deliberate indifference action arising out of the defendant's failure to provide medical care for the plaintiffs broken hand.

2) On 3/13/2020, this Court issued a Scheduling Order in which it gave a Discovery Deadline of "September 14, 2020."

3) On June 11th, 2020, the Plaintiff under Rule 36 Fed.R.Civ.P. requested Admissions and under Rule 33 and 34 Fed.R.Civ.P. requested answers to interrogatories and production of documents.

4) The thirty (30) day time frame has since elapsed and none of the requested listed above has been answered or responded to in any way. (see attachments "A and B".)

WHEREFORE, Plaintiff respectfully requests this Honorable Court for an entry of a Order compelling the Defendants to comply

with the discovery requests consisting of Admissions, Interrogatories and Production of Documents, and any other relief this Court deems proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01 (g)

On June 22nd, 2020, the Plaintiff while complying with this Courts Order to sign Consent/Releases for mental health records (Doc 90) wrote defendants attorney Alex Dombrowski. Also included in that letter was another good faith request for the discoverable material and that the dictates in this Courts "Scheduling Order" be followed. (see attachment "C") On June 26th, 2020, attorney Dombrowski responded to that letter. Thereby showing he was well aware of the requested material and the approaching deadline. (see attachment "D")

x /s/ William Westwett

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I placed a true and correct copy of the Request For Court Order in the hands of an institutional official of Moore Haven Correctional Facility for mailing via U.S. Postal Mail, postage prepaid to:

*UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
Office of the Clerk  
Room 2-194 United States Courthouse  
and Federal Building  
2110 First Street  
Fort Meyers, FL 33901

*Chimpoulis & Hunter Attorneys  
150 South Pine Island Road  
Suite 510  
Plantation, FL 33324

on this 14 of July 2020.

Respectfully Submitted,

_/s/_

DC # 138254  
Moore Haven Correctional Facility  
P.O. Box 719001  
Moore Haven, Florida 33471.