UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM WESTERVELT,

    Plaintiff,

v.                                      Case No.:   2:18-cv-522-FtM-66MRM

TRUNG VAN LE, HELEN GREIG,
JENNIFER LOWE and RICHARD
JOHNSON,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of Plaintiff William Westervelt and Defendants Richard Johnson, Trung Vang Le, and Jennifer Lowe's Joint Motion to Extend Scheduling Order Deadlines by Sixty Days, filed on August 4, 2020.  (Doc. 94).   As grounds, Defendants state that Plaintiff's family has medical records that Plaintiff has agreed to produce.   In addition, Plaintiff recently executed the Department of Corrections authorization for release of his mental health records, but Defendants have not yet received the records.   All parties agree the new records are necessary to litigate this case.   After careful review, the Court finds good cause to enlarge the deadlines in the Scheduling Order.

Accordingly, it is now **ORDERED**:

1. Plaintiff William Westervelt and Defendants Richard Johnson, Trung Vang Le, and Jennifer Lowe's Joint Motion to Extend Scheduling Order Deadlines by Sixty Days (Doc. 94) is **GRANTED**.

2. Scheduling Order Amended Deadlines:

    a. Discovery Deadline:   **November 13, 2020**.

      b. Meet and Confer Deadline: **December 1, 2020**.

      c. Report Regarding Settlement: **December 14, 2020**.

      d. Motions for Summary Judgment and Other Dispositive Motions: **January 9, 2021**.

**DONE AND ORDERED** in Fort Myers, Florida on August 5, 2020.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

SA: FTMP-2

Copies furnished to:
Counsel of Record
Unrepresented Parties

2