SEP FILED 2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

2020 SEP 14  PM 12: 51

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

WILLIAM WESTERVELT
Plaintiff,

v.

TRUNG VAN LE, GREIG, LOWE, and JOHNSON.
Defendants,

Case No: 2:18-cv-522-FtM-38MRM

## NOTICE OF VOLUNTARY DISCLOSURE OF MEDICAL RECORDS

COMES NOW Plaintiff, William Westervelt, pro se, and respectfully notifies the Court that as of the date of certification herein the Plaintiff has provided Counsel for the Defendants a copy of the medical records. That were previously unavailable based on the Defendants pilfering the medical file and attempts at spoliation:

1) The medical records in issue specifically demonstrate the Defendants were well aware of Plaintiffs' broken and shattered left hand and they deliberately took no action to treat Plaintiff.

2) Recently, while discussing the matter of the pilfered medical records with his sister, Victoria Smith, she informed him that she had purchased the medical records regarding this issue in 2014.

3) Because Mrs Smith moved in 2016, she was unsure as to the files whereabouts. Later, after an extensive search the files were located

4) Mrs Smith advised and has provided a sworn declaration that the

records have not been altered, are in the origonal condition from when purchased and were stored in a secured file cabinet in her custody. They consist of twenty-two (22) pages.

5) These records have been provided to opposing counsel at the address indicated in the certification herein at the Plaintiffs cost. Which will be recovered per prevailing party doctrine.

Date: ~~August~~ September 8th, 2020.

Respectfully Submitted
x William Westervelt
William Westervelt

SEP 11 2020

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I placed a true and correct copy of the Request For Court Order in the hands of an institutional official of Moore Haven Correctional Facility for mailing via U.S. Postal Mail, postage prepaid to:

*UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
Office of the Clerk  
Room 2-194 United States Courthouse  
and Federal Building  
2110 First Street  
Fort Meyers, FL 33901

*Chimpoulis & Hunter Attorneys  
150 South Pine Island Road  
Suite 510  
Plantation, FL 33324

on this 8th of September 2020.

Respectfully Submitted,

William Westutt

DC # 138254  
Moore Haven Correctional Facility  
P.O. Box 719001  
Moore Haven, Florida 33471.