United States District Court
Middle District of Florida
Fort Meyers, Division


WILLIAM C. WESTERVELT,

　　　　　Plaintiff,                                    Case No. 2:18-cv-522-FtM-66MRM

V.

TRUNG VAN LE, HELEN GREIG, JENNIFER LOWE AND RIECHARD JOHNSON,

　　　　　Defendants.

_____/

## DECLARATION

1.  My name is Victoria Smith, I am the sister of William C. Westervelt the Plaintiff in above case.

2. On January 3, 2014,  William Westervelt was a victim of a violent incident on the compound DeSoto Correctional Institution. This incident left William needing emergency medical treatment for several injuries. One of which being a severely broken and shattered left hand.

3. I would later learn the had been denied medical treatment for and was enduring extreme pain and suffering.

4. In July of 2014, I purchased a copy the medical file pertains to the time frame of the above stated incident.

5. Upon review of the medical documents they in fact attested to Williams claims of denial of medical treatment.

6. Recently, I remembered I was in possession these same documents that are missing or stolen from Williams Medical file.

7.  I had moved to a new home in 2016 and was storing all of Williams information including the medical file in my basement along with several other miscellaneous boxes.

8. The medical file with other records were just recently located.


Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATE: _August 20, 2020_____

NAME: _Victoria Smith_____




# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 1/3/14
Date injury assessed by medical 1/3/14
Time of occurrence 0600
Time injury assessed by medical 0605

☐ No injury identified

Description of injury Inmate have a long deep laceration to the (L) neck unable to measure due to the copious bleeding, pressure dissg applied

O. MORGAN, SRNS
DESOTO ANNEX
Staff Signature

Inmate Name Westervelt William
DC# 138 254   Race/Sex
Date of Birth 3/2/65
Institution Desoto CI

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX   1·6·14

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)




## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *NKDA*

| DATE/TIME | |
|---|---|
| 1/3/14 8:15 | *Clinic note - Contact from Stephanie at BMH RE adm to Westernett. Stated unable to control bleeding and do wound repair L neck" "(too extensive" needs vascular surgeon* |
| 1/3/14 8:50 | *Dr Lee notified - re pending transfer to Manatee Mem Hosp* |
| 1/3/14 9:48 | *Per Stephanie Manatee Mem nursing states plan to trans to Tampe Mem or Hosp - Dr Lee notified ID-H notified trans* |
| 1/3/14 10:20 | *Per Stephanie at BMH offers no ability trans pre transfer to Blake Hospital in Bradenton Dr Lee notified    SW Callanan SSCIGLIANO RN DESOTO CI* |

Incident date:

1-3-14
12:15 PM

Call received from Victoria Smith, Sister, re: her brothers injuries. ROI signed by brother to release information to sister. Explained injury and was being treated at hospital. Assured her that he was receiving appropriate treatment.

S. Peterson, HSA
Desoto C.I.

---

| | |
|---|---|
| **Inmate Name** | *Westernett William* |
| **DC#** *138234* | **Race/Sex** *W/M* |
| **Date of Birth** *3/2/65* | |
| **Institution** *Desoto C.I.* | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

| Institution: DeSoto | Date: 1/6/14 | Time: 1523 | | | | |
|---|---|---|---|---|---|---|
| Post Use of Force? ☒No ☐Yes | M | S | W | T | I | SD |
| If yes, was DC4-701C completed? ☒No ☐Yes | / | / | / | / | | N |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior? ☒No ☐Yes→ Describe:

Current Medical Complaint? ☐No ☒Yes → Describe condition and treatment:
LT hand swollen - X-ray sched. 1/10/14

Vital Signs:
T: 98 P: 70 R: 16 BP: 137/99 Wt: 170     Allergies (list): NKDA

Infirmities or impairment? ☐No ☐Yes→ List findings:

Medications? ☐No ☒Yes→List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal Yes | No | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| ASA | | | | | Type | Date | N/A |
| Enalapril | | | | | Dental | | |
| Motrin | | | | | Mental Health | | |
| Keflex | | | | | CIC Type: | | |
| Naproxen | | | | | Special Appt: | | |
| | | | | | Dx Studies | | |

Arrangements for Medication Administration: ☐ Self ☒Nursing Staff ☐ N/A
Inmate medication delivered to health care staff? ☒Yes ☐No →Disposition:
Are there any apparent acute medical/mental health reasons that preclude placement in special housing? ☒No ☐Yes →Explain on back and refer inmate to clinic
Document any other pertinent information on the back
Health Record Reviewed? ☒Yes ☐No → Reason:
Inmate educated on how to access medical, dental and mental health care? ☒Yes ☐No → Reason:
Completed DC4-529 Mental Health Referral for S2/S3? ☒N/A ☐ Yes ☐No → Reason:
Completed DC4-650B Risk Assessment? ☒Yes ☐No → Reason:
Clinician notified of inmates medical condition/s that may be exacerbated by use of Chemical Agents? ☒No ☐Yes     Electronic Immobilization Devices? ☒No ☐Yes

Staff member signature/title/name stamp _H Greig RN_   H GREIG F DeSoto

ADEQUATE HYDRATION
INCREASE FLUIDS AND EXERCISE
Handwashing & hygiene

Inmate Name Westervelt William
DC# 138254   Race/Sex W/M
Date of Birth 3-2-65
Institution DeSoto

DC4-769 (Revised 5 14 13)   Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 1.13.14 | INC. NOTE - |
| | I'm s/t It hand injury after he |
| | got back from hospital - |
| | X Rays 1.10.14 → comminuted Fx |
| | of the neck of It 4 + 5th metacar |
| | c̄ amputation of distal Palangen... |
| 1.3.α | (P) Hand brace |
| | Naprosyn 500 C bid c food |
| prn | Refer to Hand surgeon |
| 6 mont | Lab bull |
| | No wx of It hand / 6 mon |

K WHIDDEN, SLPN
DESOTO ANNEX

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX

DATA ENTRY COMPLETED

| | |
|---|---|
| 1-14-14 | Writee to Confinement to evaluate |
| 0845 | Inmates wounds. Neck / Ear areas, s̄ |
| | redness, swelling or drainage. Areas healed. |
| | It hand cont. to be splinted. Hand |
| | brace returns to medical as it is too |
| | loose. New hand brace to be ordered. |
| | Inmate instructed on proper care of wounds |
| | Washing Areas with soap + H₂O. Instructed |

Inmate Name Westervelt, William
DC# 138054   Race/Sex W/M
Date of Birth 3-2-65
Institution Desoto C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

H Greig RN
H GREIG, RN
SHA CL
Desoto

5)

## FLORIDA DEPARTMENT OF CORRECTIONS
### PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Desoto | Date: | Time: 173o | ☐ Inpatient ☑ Outpatient | Inmate Name: Westervelt William |
|---|---|---|---|---|
| | List Allergies Here | | | DC# 138254 |
| STAT | Initial Each Order as Transcribed | NKDA | | Dob: 3-2-65 |
| | | | | Diagnosis: |

| Time Noted: | Nurse Signature/Stamp V. Whidden | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

TRUNG VAN LE, M.D., CH
DESOTO ANNEX

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record

V. WHIDDEN, SLPN
DESOTO ANNEX

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Desoto CI | Date: 1/3/14 | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name: Westervelt William |
|---|---|---|---|---|
| | List Allergies Here | | | DC# 138217 |
| STAT | Initial Each Order as Transcribed | NKDA | | Dob: 3-2-65 |
| | | | | Diagnosis: Deep laceration (L) neck |

Seen out to Desoto Memorial Hosp for suturing
by Dr VAN
Give Tetanus + Diphtheria toxoid
TD Dr Le - (C. Hicimon)

| Time Noted: 1214 | Nurse Signature/Stamp O. MORGAN, SRNS DESOTO ANNEX | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Desoto | Date: 10/24/13 | Time: 1330 | ☐ Inpatient ☐ Outpatient | Inmate Name: Westervelt William |
|---|---|---|---|---|
| | List Allergies Here | | | DC# 138254 |
| STAT | Initial Each Order as Transcribed | NKDA | | Dob: 3-2-65 |
| | | | | Diagnosis: HTN Rt shoulder |

Enalapril to 5mg po daily - V365
triamcinolone cr 0.04% BID 1X10d apply to one file
Schedule F/U in 6wks K. BLANKENSHIP, ARNP
DESOTO ANNEX

| Time Noted: | Nurse Signature/Stamp V. WHIDDEN, SLPN DESOTO ANNEX | Doctor Signature/Stamp 10/24/13 | Date/Time: 1330 |
|---|---|---|---|

SMITH
CLINICAL ASSIST

DATE
COMPLETED

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record



## TECH CARE X-RAY

106 West 5th Ave
Tallahassee,FL 32303
(850)562-1656
www.techcarexray.com

### Radiology Report

**PATIENT NAME:** WESTERVELT, WILLIAM
**FACILITY:** DESOTO CI
**REFERRING PHYSICIAN:** DR TRUNG VAN LE
**REASON FOR EXAM:** INJURY/SWELLING

**PATIENT ID:** 138254
**DATE OF BIRTH:** 03/02/1965
**DATE OF SERVICE:** 01/10/2014

Exam: RADIOGRAPH OF THE LEFT HAND

Technique: PA and lateral views of the left hand are submitted.

Prior studies: No prior studies are submitted.

Findings: Multiple views of the left hand demonstrate comminuted fractures of the necks of the fourth and fifth metacarpals. There is palmar and lateral angulation of the main distal fracture fragment. There are no radiopaque foreign bodies. Bone density and maturity are normal for a patient of this age.

Impression: Fractures of the fourth and fifth metacarpals as described.

Recommendation: Follow up as clinically indicated.

Transcribed: 01/10/2014 03:34 PM Humphries, Melanie, ,
Verified By: 01/11/2014 12:11 PM Dr. Timothy Dineen, M.D.

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail.



❏ NORMAL X-RAY
❏ ABNORMAL X-RAY
   NO FOLLOW-UP NEEDED
☑ ABNORMAL X-RAY
   PULL CHART
Referred to Hand Surgeon

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX   1·13·14

## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 1-14-14 0845 (cont.) | On Signs & Symptoms of possible infection. Inmate voice his understanding. Will cont. to monitor for infection. Inmate instructed on proper sick call protocol to address any medical complaint. Voices understanding. _____ Greig RN _____ H Greig, _____ -CHA GI _____ |
| 1-14-14 12:00 | DNC - Note - Discussed case with collegial consult was approved to see Hand Surgeon. _____ DATA ENTRY COMPLETED _____ A. Stordahl _____ Data Entry Operator _____ Desoto Annex _____ ye |
| 1/14/14 1345 | PLACE INMATE ON HOLD _____ N. CARLUCCI SECRETARY DESOTO C.I. _____ TRUNG VAN LE, M.D., CHO DESOTO ANNEX |
| 1-15-14 1000 | FLU VACCINE (NO ALLERGY TO EGGS) DOSE: 05ml - IM MFG: _____ LOT# TK5ME VIS PROVIDED DATE: 1-15-14 SIGNATURE: _____ Strong-Notes, LPN Desoto Annex |
| 1/21/14 1400 | INCIDENTAL NOTE: DC4-760 HEALTH INFORMATION TRANSFER SUMMARY COMPLETED J. LOWE, RN DESOTO C.I. |

Inmate Name Westerve H, William
DC# 138254   Race/Sex W/m
Date of Birth 3-2-65
Institution Desoto C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

8/

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

DATE/TIME

INCIDENTAL NOTE Transfer/EOS

Record was reviewed
OBIS/Computer up-to-date
Deficiencies corrected
Lab/I cove reported fixed
Med. Record: 2 volumes
Infirmary Record coat
Dental Record sent
Mental Health Record sent
sent

C. Jacobson
Data Entry Operator
Desoto Annex

12/14/
BSD

Inmate Name Westervelt, William
DC# 138254          Race/Sex WM
Date of Birth 3-2-65
Institution Desoto C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)          Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY**

Transferring FROM: _____   Transferring TO: SFRC

Special transportation needs: ☒ No  ☐ Yes:   Allergies: NKDA   Single dose medication: ☒ No  ☐ Yes
List:

Last TST Date & Results: _____

Medical Hold: ☒ No  ☐ Yes → Reason:

Mental Health Hold: ☒ No  ☐ Yes → Reason:

Currently on Self-Harm Observation Status : ☒ No  ☐ Yes

Currently being treated for Medical problems: ☐ No  ☒ Yes → Dx: HTN / Tibioal Pain / Abscess Vein 6 WE

Currently being treated for Dental problems: ☒ No  ☐ Yes → Dx:

Currently being treated for Mental Health problems: ☒ No  ☐ Yes → Dx:

Impairment: ☒ No  ☐ Yes → Type:

Is inmate on any DOT medications (by ANY route)? ☒ No  ☒ Yes → Staple copy of MAR to this form.

~ication accompanying inmate: ☐ N/A  ☐ No  ☒ Yes → ☒ 1 days  ☐ 30 days

~. medication, dose, and frequency; List any KOP medication, dose, and frequency: Naproxen 500mg BID / Enalapril 5mg BID

Pending   Medical: ☐ No  ☒ Yes   Dental: ☐ No  ☒ Yes   Mental Health: ☒ No  ☐ Yes   Chronic Illness Clinic: ☐ No  ☒ Yes
Appointments/Consults/Labs                                                               Type: Cardiovascular

Transferring Nurse's Signature and Stamp: _____

• Receiving facility must complete [ ] items.  Completion of the below information is not applicable for inmates transferring to a community facility (e.g. work release center)

| Document Name of Transit or Permanent Facility: | In Transit #1: SFRC | In Transit #2: | Permanent: |
|---|---|---|---|
| Date and Time: | 1/22/2024 1205 | | |
| Temperature (T), Pulse (P), Respirations (R), Weight (*vital signs out of normal range require referral) | 98.4 84 18 137/68 | | |
| Oriented to: | ☒ Person ☐ Place ☐ Time | ☐ Person ☐ Place ☐ Time | ☐ Person ☐ Place ☐ Time |
| Current behavior (* Requires referral) | ☒ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* |
| 1. Health Services Inmate Orientation Handbook received? | ☒ NA ☐ No ☐ Yes → Inmate initials: | ☐ NA ☐ No ☐ Yes → Inmate initials: | ☐ No ☐ Yes → Inmate initials: |
| *2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up) | ☒ NA ☐ No ☐ Yes → Inmate initials: | ☐ NA ☐ No ☐ Yes → Inmate initials: | ☐ No ☐ Yes → Inmate initials: |
| *3.   Is   inmate   currently   receiving   medications? Single dose? | ☒ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| Does the inmate have medication(s) with her/him? (If no, referral required) | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☐ Yes → ☒ Medical ☐ Mental Health ☐ Dental | ☐ No ☐ Yes → ☐ Medical ☐ Mental Health ☐ Dental | ☐ No ☐ Yes → ☐ Medical ☐ Mental Health ☐ Dental |
| *6. Is the inmate presently thinking of committing suicide? | ☒ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐ Referral made | ☐ Referral made | ☐ Referral made |
| *7. Does inmate have a history of substance abuse treatment? | N/A | N/A | ☐ No ☐ Yes |

Westervelt, William
DC# 138254  W/M
DOB: 03/02/1965

....... .s not to be amended, revised, or altered without approval of the Director of Health Services Administration.

9 p.2

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| Question | Response 1 | Response 2 | Response 3 |
|---|---|---|---|
| *8. Does inmate have a history of self-injurious behavior? | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *9. Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification |
| 10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault? | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification |
| 11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior? | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☐ No ☐ Yes → requires MH referral AND Shift Supervisor notification |
| *12. Does the inmate have a current medical, dental, or MH complaint? If "Yes", list below. | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *13. Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral |
| *14. Signs or symptoms of skin infection? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral |
| *15. Referral needed for: | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine |
| *16. Any change in medication list in Section 1, Page 1? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| *17. Prescription renewal needed for current prescribed medications? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| *18. Single dose MAR completed? | ☐ No ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A |
| *19. Current Medical, Dental, or Mental Health complaint? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 20. Are there any job or housing restrictions? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 21. Does inmate require any Passes? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: |
| 22. Does inmate have Consults pending? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 23. Does inmate have any overdue appointments? | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 24. Does inmate need Impaired Inmate Assistant? | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *25. Disposition | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |
| 26. Additional Information: | *Transit Nurse #1's Signature /Stamp | *Transit Nurse #2's Signature /Stamp | *Permanent nurse's Signature /Stamp |

Permanent Clinician Record Review:

M Grade: _____   W Grade: _____   S Grade: _____

Medications needed: ☐ No ☐ Yes → Rx written for: _____

Is inmate in chronic clinic: ☐ No ☐ Yes   Consult needed: ☐ No ☐ Yes →

Passes written: ☐ Special Diet →   ☐ Low Bunk   ☐ No Shaving   ☐ Other →

Reviewing Clinician (Signature / Stamp): _____   Date: _____

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____
DC4-760A (Revised 8/8/13) Page 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

IADR088
(760)

State of Florida
Department of Corrections
**TRANSFER SUMMARY**

01/28/2014
Page   1

**INMATE NAME: WESTERVELT, WILLIAM CARL**        DC#: C-138254   Cls.Team: 31
        Race: WHITE      Sex: MALE     Date of Birth: 03/02/1965   Age:  48
        Date Received: 01/22/2014  Group: SS   Rec.Ctr: S.F.R.C.


**MEDICAL GRADE: M: 2   S: 1   D: 3   W: 1   T: 1   I:        Single Dose Ind.:**
**LAST PPD TEST**
        NONE

**LAST RPR TEST**
        NONE

**LAST PHYSICAL EXAM**
        NONE

**ALLERGIES**
        NONE

| **CURRENT MEDICATIONS** | DATE | DOSAGE | FREQ. |
|---|---|---|---|
| NONE | | | |

**ACTIVE SPECIAL PASSES / THERAPEUTIC DIET**
        NONE

**PENDING LABS / PROCEDURES**
        NONE

**OVERDUE / PENDING APPOINTMENTS**
        MEDICAL APPOINTMENT/PHYS      On: 01/31/2014   Encounter Type: LTFST
        CBC~CHEM 8~LIPIDS
        MEDICAL APPOINTMENT/PHYS      On: 02/03/2014   Encounter Type: CC
        CHECK LEGS/VARICOSE VEINS
        MEDICAL APPOINTMENT/PHYS      On: 02/03/2014   Encounter Type: FU
        EVAL LESION(POSSIBLE BIOPSY)
        PSYCH APPOINTMENT/PSYCHIA     On: 02/20/2014   Encounter Type: MHBSR
        MEDICAL APPOINTMENT/PHYS      On: 04/07/2014   Encounter Type: FUH
        MEDICAL APPOINTMENT/NURSE     On: 10/06/2014   Encounter Type: LT
        PPD
        MEDICAL APPOINTMENT/NURSE     On: 10/08/2014   Encounter Type: LT
        PPD  -READ
        DENTAL APPOINTMENT/DENT.      On: 07/23/2015   Encounter Type: DSAX
        MEDICAL APPOINTMENT/NURSE     On: 04/13/2018   Encounter Type: LT
        PE
        MEDICAL APPOINTMENT/PHYS      On: 04/27/2018   Encounter Type: PE

**OUTSTANDING TRANSFER HOLDS**
        NONE

P.1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY**

| Date: 01.29.14 | Transferring FROM: S.F.R.C. | Transferring #0: NKA | | |
|---|---|---|---|---|
| | ☐ No ☐ Yes: | | Dr./P.A. Nguyen CF | |

Special transportation needs: ☐ No ☐ Yes → Reason:
List:

Medical Hold: ☑ No ☐ Yes → Reason:

Mental Health Hold: ☑ No ☐ Yes → Reason:

Currently on Self-Harm Observation Status: ☐ No ☐ Yes

Currently being treated for Medical problems: ☐ No ☑ Yes → Dx: HTN

Currently being treated for Dental problems: ☑ No ☐ Yes → Dx: See Dental Unit D3

Currently being treated for Mental Health problems: ☑ No ☐ Yes → Dx:

Impairment: ☑ No ☐ Yes → Type:

Is inmate on any DOT medications (by ANY route)? ☐ No ☑ Yes → Staple copy of MAR to this form.

Medication accompanying inmate: ☐ N/A ☐ No ☑ Yes → ☐ 7 days ☐ 30 days on form.

List medication, dose, and frequency; List any KOP medication, dose, and frequency: Nabosyn 500mg BID E Food, Nasotin 5ns BID

Pending CBC, Chem, 81-14/Tris P3-FZ7  Dental: ☑ No ☐ Yes   Mental Health: ☑ No ☐ Yes   Chronic Illness Clinic: ☐ No ☑ Yes
Appointment/Consults/Labs 81-14/Pns P3-FZ7  Medical: ☐ No ☑ Yes                              Type: Cardiovascular

Transferring Nurse's Signature and Stamp: C. HOWARD, LPN

* Receiving facility must complete ☐ items.   Completion of the below information is not applicable for inmates transferring to a community facility (e.g. work release center)

| Document Name of Transit or Permanent Facility: | In Transit #1: | In Transit #2: | Permanent: MHM CFS |
|---|---|---|---|
| Date and Time: | | | 1-29-14 1000 |
| Temperature (T), Pulse (P), Respirations (R), Weight (*Vital signs out of normal range require referral) | T \| P \| R \| / \| W | T \| P \| R \| / \| W | T 98 \| P 100 \| R 18 \| 98.0 \| W 102 |
| Oriented to: | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | ☑ Person ☑ Place ☑ Time ☑ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* |
| Current behavior (* Requires referral) | | | |
| 1. Health Services Inmate Orientation Handbook received? | N/A | N/A | ☐ No ☑ Yes → Inmate Initials: |
| 2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up) | ☐ No ☐ Yes → Inmate Initials: | ☐ No ☐ Yes → Inmate Initials: | ☐ No ☑ Yes → Inmate Initials: |
| 3. Is inmate currently receiving medication(s)? Single dose? | No ☐ Yes | No ☐ Yes | ☐ No ☑ Yes |
| *4. Does the inmate have medication(s) with him/her? (If no, referral required) | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☑ Yes → ☐ Medical ☐ Mental Health ☐ Dental |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☐ Yes → ☐ Medical ☐ Mental Health ☐ Dental | ☐ No ☐ Yes → ☐ Medical ☐ Mental Health ☐ Dental | ☐ No ☑ Yes → ☑ Medical ☐ Mental Health ☐ Dental |
| *6. Is the inmate presently thinking of committing suicide? | ☐ No ☐ Yes | ☐ No ☐ Yes | ☑ No ☐ Yes |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐ Referral made | ☐ Referral made | ☐ Referral made n/a |
| *7. Does inmate have a history of substance abuse treatment? | N/A | N/A | ☐ No ☑ Yes |

not to be amended, revised, or altered without approval of the Director of Health Services Administration

Westervelt, William
DC# 138254 W/M
DOB: 03/02/1965

11.p.d

# FLORIDA DEPARTMENT OF CORRECTIONS
# HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| | | | |
|---|---|---|---|
| *8. Does inmate have a history of self-injurious behavior? | ☐ No   ☐ Yes | | ☒ No   ☐ Yes |
| *9. Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No   ☐ Yes | | ☐ No   ☐ Yes |
| 10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault? | ☐ No   ☐ Yes → requires MH referral   AND Shift Supervisor notification | ☐ No   ☐ Yes → requires MH referral   AND Shift Supervisor notification | ☒ No   ☐ Yes |
| 11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior? | ☐ No   ☐ Yes → requires MH referral   AND Shift Supervisor notification | ☐ No   ☐ Yes → requires MH referral   AND Shift Supervisor notification | ☒ No   ☐ Yes |
| *12. Does the inmate have a current medical complaint or pain otherwise, if "Yes", list below. | ☐ No   ☐ Yes | ☐ No   ☐ Yes | ☐ No   ☒ Yes |
| *13. Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No   ☐ Yes → requires referral | ☐ No   ☐ Yes → requires referral | ☒ No   ☐ Yes |
| *14. Signs or symptoms of skin infection? | ☐ No   ☐ Yes → requires referral | ☐ No   ☐ Yes → requires referral | ☒ No   ☐ Yes |
| *15. Referral needed for: | ☐ Medical  ☐ Dental  ☐ Mental Hlth   ☐ Urgent   ☐ Routine | ☐ Medical  ☐ Dental  ☐ Mental Hlth   ☐ Urgent   ☐ Routine | ☒ No   ☐ Yes → requires referral   ☐ Medical  ☐ Dental  ☒ Media.   ☐ Urgent  ☒ Routine |
| *16. Any change in medication list in Section 1, Page 17 | ☐ No   ☐ Yes → | ☐ No   ☐ Yes → | ☒ No   ☐ Yes → |
| *17. Prescription renewal needed for current prescribed medications? | ☐ No   ☐ Yes → | ☐ No   ☐ Yes → | ☒ No   ☐ Yes → |
| *18. Simple dose MAR completed? | ☐ No   ☐ Yes → | ☐ No   ☐ Yes → | ☒ No   ☐ Yes → |
| *19. Current Medical, Dental, or Mental Health complaint? | ☐ No   ☐ Yes   ☐ N/A | ☐ No   ☐ Yes   ☐ N/A | ☒ No   ☐ Yes   ☐ N/A |
| 20. Are there any job or housing restrictions? | ☐ No   ☐ Yes → | ☐ No   ☐ Yes → | ☒ No   ☐ Yes → KDP med |
| *21. Does inmate require any Passes? | ☐ No   ☐ Yes | ☐ No   ☐ Yes | ☒ No   ☐ Yes → no use of |
| *22. Does inmate have Consults pending? | ☐ No   ☐ Yes | ☐ No   ☐ Yes | ☒ No   ☐ Yes |
| *23. Does inmate have any overdue appointments? | ☐ No   ☐ Yes | ☐ No   ☐ Yes | ☒ No   ☐ Yes |
| 24. Does inmate need impaired inmate Assistant? | ☐ No   ☐ Yes | ☐ No   ☐ Yes | ☒ No   ☐ Yes |
| *25. Disposition | ☐ Special Diet  ☐ Low Bunk   ☐ Shaving   ☐ Other: | ☐ Special Diet  ☐ Low Bunk   ☐ Shaving   ☐ Other: | ☐ Special Diet  ☐ Low Bunk   ☐ Shaving   ☒ Other ✓ shick |
| 26. Additional Information: | ☐ No   ☐ Yes   ☐ Gen Pop  ☐ Confinement   ☐ Med Clinic  ☐ Infirmary   *Transit Nurse #1's Signature /Stamp | ☐ No   ☐ Yes   ☐ Gen Pop  ☐ Confinement   ☐ Med Clinic  ☐ Infirmary   *Transit Nurse #2's Signature /Stamp | ☒ No   ☐ Yes   ☒ Gen Pop  ☒ Confinement  ☐ MH   ☐ Reg Clinic  ☐ Infirmary   Employment nurse's sig/stamp |
| Permanent Clinician Record Review: | | | |
| Reviewing Clinician (Signature / Stamp): | | Date: | 1/13/14 |

Medications needed:  ☐ No  ☐ Yes → Rx written for:

Is inmate in chronic clinic:  ☐ No  ☐ Yes →

Passes written:  ☐ Special Diet  ☐ Low Bunk    Consult needed:  ☒ No  ☐ Yes →

☐ No Shaving   ☐ Other →

M Grade: ☐    W Grade: ☐    S Grad: ☐

Inmate Name: _____
DC#: _____
Date of Birth: _____   Race/Sex: _____
Institution: _____
DC4-760A (Revised 8/8/13) Page 2

CLINICIAN ☐ REVIEW

please see Kray
hand Jan 13, 2014

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

12

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

| Institution: MATCI | | Date: 1-29-14 | | | | Time: 1130 | |
|---|---|---|---|---|---|---|---|

| Use of force? ☒ No ☐ Yes If yes, was DC4-701C also completed? ☐ No ☐ Yes | M | S | W | T | I | SD | |
|---|---|---|---|---|---|---|---|
| | II | I | I | I | ☒ | NO | |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior? ☒ No ☐ Yes → Describe:

Current Medical Complaint? ☒ No ☐ Yes → Describe condition and treatment:

Vital Signs: T: 98  P: 100  R: 18  BP: 128/90  Wt: 162    Allergies (list): nkda

Infirmities or impairment? ☒ No ☐ Yes → List findings:

Medications? ☐ No ☒ Yes → List current medication/s (including psychotropics) in table below.

| Medication | Dose | Frequency | Renewal Y | Renewal N | Pending Appointments (per inmate/medical record) |
|---|---|---|---|---|---|
| Enalapril | 5mg | QD | | | Dental:          Date: N/A    X |
| ASA EC | 81mg | QD | | | |
| Naprosyn | 500 | bid c̄ food | | | Mental Health:          X |
| | | | | | Chronic Clinic: ☐ No ☒ Yes → TYPE: Cardiac |
| | | | | | |

Arrangements for Medication Administration:

Self  X    Health Care Staff _____  NA _____

Inmate medication delivered to health care staff? ☒ No ☐ Yes
  If No, disposition:

Special Appointments: ____0____

Dx Studies: ① hand fx x 2
DJD (LS) Vericose Veins

Are there any apparent acute medical/mental health reasons that preclude placement in special housing?

☒ No ☐ Yes → Explain on back and refer inmate to clinic.

Place any other pertinent information on back.

Health Record Reviewed? ☐ No ☒ Yes  If No, Reason: _____

Inmate advised of how to access medical, dental, and mental health care? ☐ No ☒ Yes  If No, Reason: _____

Mental Health Referral via DC4-529 (S2/S3/3)? ☒ N/A ☐ No ☐ Yes  If No, Reason: _____

Staff member signature, title and name stamp: C Pepera LPN    C. Pepera, SLPN
Martin CI

Inmate Name Westervelt William
DC# 138254
Date of Birth 3/2/05
Institution MATCI
DC4-769 (Revised 12/22/11)                    Page 1 of 2

Race/Sex WM

13

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|

Physician's Note

1/30/14
13:44

48 y/o w/m transferred into Martin 1 day ago. I/m is under protective custody/management. I/m gives a history of recently being attacked. He had a deep lacera-tion of his O mid that required surgical sutures and a fractured O hand. Presently, i/m is in no pain or in no distress.

* Review Plam Hospital medical records-

O: V: BP 121/79 P 70 R 16 T 97.6   Wt 162 lbs
S+Carr: unremarkable except for anesthesia of the
(1) lower face/jaw along the branch of the trigeminal. Nose, anesthesia (2) ear and (3) neck
- Neck: healing scar (2) mid-neck to post. auricular area.
no masses or inflammation. The healed/knot of several cut-gut sutures are visible. Suture-line is healing with 5 inflammation.
- Chest: lungs: clear
heart: RRR [illegible] gallops
- Ext: grossly normal except (2) hand that is slightly swollen and deformed over the 4th & 5th meta-carpals. Fist flexion and extension of 4th and 5th metacarpals are limited.

A: 1) H/o of recent Trauma i laceration of (2) neck - repaired
2) Paresthesia of the (2) lower face
3) Fx of 4th and 5th metacarpals - healing

P: X-ray (2) hand to note fx healing/deformity.
Flu after x-ray; check which area I/m has passes.
E: Discussed wound healing and prob. loss of sensation
(2) lower face permanently. X-ray report to get idea
(2) further hand Fx.

1-30-14   1810

RS/Johnson, M.D.
Sago/Martin C.I.

Inma        Westervelt, William
DC#_        DC# 138254  W/M
Date        DOB: 03/02/1965
Instit

___
___
___

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

14)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
**USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE**

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name Westervelt William |
|---|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here NKDA | | | DC# 138254 Dorn 3-2-61 Diagnosis: |

Time Noted: _____
Nurse Signature/Stamp _____        Doctor Signature/Stamp _____    Date/Time: _____

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
**USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE**

| Institution: Martin | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name Westervelt William |
|---|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here NKDA | | | DC# 138254 Dorn 3-2-61 Diagnosis: |

Time Noted: _____
Nurse Signature/Stamp _____        Doctor Signature/Stamp _____    Date/Time: _____

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
**USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE**

| Institution: Martin CI | | Date: 1/30/14 | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name Westervelt William |
|---|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here NKDA | | | DC# 138254 Dorn 3-2-61 Diagnosis: |

X-RAY ® HAND - 2/5/14

Time Noted: 1410
Nurse Signature/Stamp    A. WALLACE, SLPN    Doctor Signature/Stamp    RS Johnson, M.D.
                         MARTIN CI                                      Sago / Martin CI

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medical Record

P.15

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

Date: 8/11/14  Transferring FROM: MARTIN CI  Transferring TO: Madison CI

Special transportation needs: ☒No ☐Yes: _____ Last TST Date & Results: 10/9/13 @p mm  Allergies: NKDA  Single dose medication: ☒No ☐Yes

List:

Medical Hold: ☒No ☐Yes → Reason:

Mental Health Hold: ☒No ☐Yes → Reasog:

Currently being treated for Medical problems: ☐No ☒Yes → Dx: FX Ⓡ HAND  HTN

Currently being treated for Dental problems: ☒No ☐Yes → Dx:

Currently being treated for Mental Health problems: ☒No ☐Yes → Dx:

Impairment: ☒No ☐Yes → Type:

Medication accompanying inmate: ☒N/A ☐No ☐Yes → ☐7 days ☐30 days

List: ASA 81mg QD, Clonidine Q1mg BHS, Naproxn 500mg BID PRN

Pending Appointments/Consults/Labs  Medical: ☐No ☒Yes  Dental: ☒No ☐Yes  Mental Health: ☒No ☐Yes  Chronic Illness Clinic: ☐No ☒Yes  Type: CARDIO NEXT 2/12/17

* Receiving facility must complete (*) items.  Completion of the below information is not applicable for inmates transferring to a community facility (e.g., work release center)

| | In Transit #1: | | | | | In Transit #2: | | | | | Permanent: Madison CI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Document Name of Facility: | | | | | | | | | | | |
| Date and Time: | | | | | | | | | | | 8/11/14 |
| Temperature (T), Pulse (P), Respirations (R), Weight (*Vital signs out of normal range require referral) | T | P | R | / | W | T | P | R | / | W | 98.5  79  118  20  B7lb W |
| Current behavior (* Requires referral) | ☐Person ☐Place ☐Time ☐Cooperative ☐Anxious ☐Agitated* ☐Bizarre* | | | | | ☐Person ☐Place ☐Time ☐Cooperative ☐Anxious ☐Agitated* ☐Bizarre* | | | | | ☒Person ☒Place ☒Time ☒Cooperative ☐Anxious ☐Agitated* ☐Bizarre* |
| 1. Health Services Inmate Orientation Handbook received? | NA | | | | | NA | | | | | Inmate initials: |
| *2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up | ☐No ☐Yes → Inmate initials: | | | | | ☐No ☐Yes → Inmate initials: | | | | | ☐No ☒Yes → Inmate initials: |
| *3. Is inmate currently receiving medications? Single dose? | No ☐Yes | | | | | ☐No ☐Yes | | | | | ☐No ☒Yes |
| *4. Does the inmate have medication(s) with her/him? (if no, referral required) | ☐No ☐Yes | | | | | ☐No ☐Yes | | | | | ☐No ☒Yes |
| *5. Is the inmate currently receiving healthcare? | ☐No ☐Yes → ☐Medical ☐Mental Health ☐Dental | | | | | ☐No ☐Yes → ☐Medical ☐Mental Health ☐Dental | | | | | ☐No ☒Yes → ☒Medical ☐Mental Health ☐Dental |
| *6. Is the inmate presently thinking of committing suicide? | ☐No ☐Yes | | | | | ☐No ☐Yes | | | | | ☒No ☐Yes |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐Referral made | | | | | ☐Referral made | | | | | ☐Referral made |
| *7. Does inmate have a history of substance abuse treatment? | N/A | | | | | N/A | | | | | ☒No ☐Yes |

Inmate: Westervelt, William
DC# 138254 W/M
Date of DOB: 03/02/1965
Instituti

DC4-76...

15 p2

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| Question | | |
|---|---|---|
| Does inmate have a history of suicidal behavior? | ☐ No ☐ Yes | ☑ No ☐ Yes |
| Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No ☐ Yes | ☑ No ☐ Yes |
| Does the inmate have a current medical, dental, or MH complaint? If "Yes" list below. | ☐ No ☐ Yes | ☑ No ☐ Yes |
| Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No ☐ Yes → requires referral | ☑ No ☐ Yes → requires referral |
| 2. Signs or symptoms of skin infection? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral |
| 3. Referral needed for: | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☑ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☑ Routine |
|  | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 4. Any change in medication list in Section 1, Page 1? | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 5. Prescription renewal needed for current prescribed medications? | | |
| 6. Single dose MAR completed? | ☐ No ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A |
|  | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 7. Current Medical, Dental, or Mental Health complaint? | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 8. Are there any job or housing restrictions? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | ☑ Special Diet ☐ Low Bunk ☑ Shaving ☐ Other: ☐ use of hand |
| 9. Does inmate require any Passes? | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 0. Does inmate have Consults pending? | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 1. Does inmate have any overdue appointments?: | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 2. Does inmate need Impaired Inmate Assistant? | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |
| 3. Disposition | | |

Completed by: (Signature/Stamp): A Titanium Anutencan

Clinician Record Review:

Grade: Q          W Grade: 1          S Grade: 1

Medications needed: ☑ No ☐ Yes → Rx written for:

Inmate in chronic clinic: ☐ No ☑ Yes   Consult needed: Cardio

Passes written: ☐ Special Diet → ☑ Low Bunk 6/30/14 ☑ No shaving 6/30/14 ☐ Other →

L. MELENDEZ, MD
UNION CI/CORIZON-01-14

Reviewing Clinician (Signature / Stamp):

Inmate  Westervelt, William
DC#  138254  W/M
DOB: 03/02/1965

16/

FLORIDA DEPARTMENT OF CORRECTION
SPECIAL HOUSING HEALTH EVALUAT

| Institution: NCI | Date: 2/11/14 | Time: 0930 | | | | | |
|---|---|---|---|---|---|---|---|
| Post Use of Force? ☑No ☐Yes | | M | S | W | T | I | SD |
| If yes, was DC4-701C completed? ☐No ☐Yes | | 2 | | | 1 | ⊘ | ∅ |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior? ☑No ☐Yes→ Describe:

Current Medical Complaint? ☐No ☑Yes → Describe condition and treatment: I/m has a
previous injury to ® hand

Vital Signs:
T: 97 P: 118 R: 20 BP: 137/96 Wt: 160
Infirmities or impairment? ☑No ☐Yes→ List findings:

Allergies (list): NKDA

Medications? ☐No ☑Yes→List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal Yes | Renewal No | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| Enalapril | | | | | Type | Date | N/A |
| Naprsyn | | | | | Dental | | |
| EC ASA 81 mg | | | | | Mental Health | | |
| | | | | | CIC Type: | | Cardio |
| | | | | | Special Appt: | | |
| | | | | | Dx Studies | | |

Arrangements for Medication Administration: ☑ Self ☐ Nursing Staff ☐ N/A
Inmate medication delivered to health care staff? ☐Yes ☐No →Disposition:
Are there any apparent acute medical/mental health reasons that preclude placement in special housing? ☑No ☐Yes →Explain on back and refer inmate to clinic
Document any other pertinent information on the back
Health Record Reviewed? ☑Yes ☐No → Reason:
Inmate educated on how to access medical, dental and mental health care? ☑Yes ☐No → Reason:
Completed DC4-529 Mental Health Referral for S2/S3? ☑N/A ☐ Yes ☐No → Reason:
Completed DC4-650B Risk Assessment? ☑Yes ☐No → Reason:
Clinician notified of inmates medical condition/s that may be exacerbated by use of Chemical Agents? ☑No ☐Yes        Electronic Immobilization Devices? ☑No ☐Yes
Staff member signature/title/name stamp

Inmate Name Westervelt, William
#: 138354        Race/Sex W/m
Date of Birth 3.2.65
Institution NCI

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTION
# CHRONIC ILLNESS CLINIC

Clinics: Respiratory  Endocrine  Miscellaneous  Cardiovascular  Tuberculosis  Immunity  Neurology  Gastrointestinal  Oncology  Kidney

INSTITUTION: _Madison CI_  DATE: _2/26/14_  TIME START: _9:15 AM_  TIME STOP: _9:30 AM_

**SUBJECTIVE:** Chief complaint: _I/M states feel good, but with mild cough, runny nose and sha____ He also denies ____ Denies chest ____

Record Review since last CIC visit: _denies ____

| | | | |
|---|---|---|---|
| 155/162 | | AST 19 | |
| 5.3/14.1 | | ALT 14 | |
| 138/102/20/8 | | U/A Neg | |
| 4.1/23/0.96 | | Chol 172 T69 | |

**OBJECTIVE:** Temp _98.6°F_  Pulse: _105_/min   Resp: _18_/min   BP: _118/82_  Wgt: _159  5'10_

_PA: AAOx3   HEENT: PERRLAx2, ____, runny nose
Heart: RR   lg: CTAx2
Abd: NT ⊕ BS w/tender   Ext: Left hand tenderness with
⊕ pain mild due to pain and
old fracture on 4th & 5th finger_

**ASSESSMENT:** _PA: AAOx3/ASA   HEENT: PERRLAx2 ____
Heart: RR MR ____  lg: c  WB

① HSN (Blood Control)
② Cough/Nasal Congestion
③ Left hand 4th - 5th metacarpal fracture_

**PLAN:** _Continue on the same treatment as
above plus CMP tab, and ____   Orders signed off
_**Medication:** _syrup was given for cough issues_

**Labs:** _CBC, CMP, U/A, Lipid Panel for the
next CIC 8/12/14_

**Consultations (if needed):**

**Other:** _Left hand brace was given to support
his hand due to 4th-5th metacarpal fracture_

**Health Classification Grade reviewed:** _2_   **Follow-up visits:** _6 months 8/26/14_

Noted 9/35 2/26/14

**SIGNATURE:** _2/25/14_

**STAMP:**
CHIEF HEALTH OFF.
MADISON CI.

R. DENSON
LPN
MADISON C.I.

Inmate Name _Ostervelt, William_
C# _138054_   Race/Sex _W/M_
Date of Birth _3·12·05_
Institution _MCI_

This form is not to be amended, revised, or altered
without approval of the Deputy Director of
Health Services Administration

Current Medications:
ASA 81mg QD
Enalapril 10mg QD

701F (3/04)

18
P.2

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

*8. Does inmate have a history of suicidal behavior?
☐ No ☐ Yes          ☐ No ☐ Yes

*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?
☐ No ☐ Yes          ☐ No ☐ Yes

*10. Does the inmate have a current medical, dental, or MH complaint? If "Yes", list below.
☐ No ☐ Yes          ☐ No ☐ Yes

*11. Deformities, evidence of abuse, trauma, disabilities or other physical limitations?
☐ No ☐ Yes → requires referral          ☐ No ☐ Yes → requires referral

*12. Signs or symptoms of skin infection?
☐ No ☐ Yes → requires referral          ☐ No ☐ Yes → requires referral

*13. Referral needed for:
☐ Medical ☐ Dental ☐ Mental Hlth
☐ Urgent ☐ Routine

*14. Any change in medication list in Section 1, Page 1?
☐ No ☐ Yes →          ☐ No ☐ Yes →

*15. Prescription renewal needed for current prescribed medications?
☐ No ☐ Yes →          ☐ No ☐ Yes →

*16. Single dose MAR completed?
☐ No ☐ Yes ☐ N/A          ☐ No ☐ Yes ☐ N/A

*17. Current Medical, Dental, or Mental Health complaint?
☐ No ☐ Yes →          ☐ No ☐ Yes →

*18. Are there any job or housing restrictions?
☐ No ☐ Yes →          ☐ No ☐ Yes →

☐ Special Diet ☐ Low Bunk
☐ Shaving ☐ Other:

*19. Does inmate require any Passes?
☐ No ☐ Yes          ☐ No ☐ Yes

*20. Does inmate have Consults pending?
☐ No ☐ Yes          ☐ No ☐ Yes

*21. Does inmate have any overdue appointments?
☐ No ☐ Yes          ☐ No ☐ Yes

*22. Does inmate need Impaired Inmate Assistant?
☐ No ☐ Yes          ☐ No ☐ Yes

*23. Disposition
☐ Gen Pop ☐ Confinement ☐ MH
☐ Med Clinic ☐ Infirmary

*Completed by: (Signature/Stamp):   Roessler, RN  Madison C.I.

Clinician Record Review:

M Grade: _____   W Grade: _____   S Grade: _____

Medications needed: ☐ No ☐ Yes → Rx written for: _____

Is inmate in chronic clinic: ☐ No ☐ Yes   Consult needed: ☐ No ☐ Yes →

Passes written: ☐ Special Diet → ☐ Low Bunk   ☐ No Shaving   ☐ Other →

Reviewing Clinician (Signature / Stamp): _____   Date: 4/1/14

OK FOR WORK CAMP
YES OR NO

R. Gaspard, MD,
Medical Director
Wakulla C.I.

Wiedemann SLPN  4-1-14  2109

Inmate Name: Westervelt, William
DC#: 138254 W/M
Date of Birth
Institution          DOB: 03/02/1965

DC4-760A (Rev.

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| | Transferring FROM: | | Transferring TO: Wakulla Annex | |
|---|---|---|---|---|
| Date: 3-10-14 | ☒No ☐Yes: | | | |
| Special transportation needs: | | Allergies: N/Cf | | Single dose medication: ☒No ☐Yes |
| List: | Last TSF Date & Results: 10/9/13 8pmn | | | |

Medical Hold: ☒No ☐Yes → Reason:

Mental Health Hold: ☒No ☐Yes → Reason:

Currently on Suicide Watch / Precautions : ☒No ☐Yes

Currently being treated for Medical problems: ☐No ☒Yes → Dx: Fx (hand) HTN

Currently being treated for Dental problems: ☒No ☐Yes → Dx:

Currently being treated for Mental Health problems: ☒No ☐Yes → Dx:

Impairment: ☒No ☐Yes → Type:

Medication accompanying inmate: ☒N/A ☐No ☐Yes → ☐7 days ☐30 days enclosed

List medication, dose, and frequency: ASA 81 mg ⊕ chewable 6 tron QNS, Naproxyn 500 mg BID/PRN

| Pending Appointments/Consults/Labs | Medical: ☐No ☒Yes | Dental: ☒No ☐Yes | Mental Health: ☒No ☐Yes | Chronic/Illness Clinic: ☐No ☒Yes Type: Cardio  8/26/14 |
|---|---|---|---|---|

* Receiving facility must complete (*) items.   Completion of the below information is not applicable for inmates transferring to a community facility (e.g., work release center)

| | In Transit #1: | | | | | In Transit #2: | | | | | Permanent: WC-A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Document Name of Facility: | | | | | | | | | | | 2000 |
| Date and Time: | | | | | | | | | | | 3-10-14   97 P 20 R 18 98.6 W |
| Temperature (T), Pulse (P), Respirations (R), Weight (*Vital signs out of normal range require referral) | T | P | R | / | W | T | P | R | / | W | 97 P 20 R 18 98.6 W |
| Oriented to: | ☐Person ☐Place ☐Time | | | | | ☐Person ☐Place ☐Time | | | | | ☒Person ☐Place ☒Time |
| Current behavior (* Requires referral) | ☐Cooperative ☐Anxious ☐Agitated* ☐Bizarre* | | | | | ☐Cooperative ☐Anxious ☐Agitated* ☐Bizarre* | | | | | ☒Cooperative ☐Anxious ☐Agitated* ☐Bizarre* |
| 1. Health Services Inmate Orientation Handbook received? | NA | | | | | NA | | | | | ☐No ☒Yes → Inmate initials: WN |
| *2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up) | ☐No ☐Yes → Inmate initials: | | | | | ☐No ☐Yes → Inmate initials: | | | | | ☐No ☒Yes → Inmate initials: WW |
| *3. Is inmate currently receiving medications(s) with her/him? Single dose? | No ☐ Yes | | | | | No ☐ Yes | | | | | ☐No ☒Yes ☐Their ☐Ours |
| 4. Does the inmate have medication(s) with her/him? (if no, referral required) | ☐No ☐Yes | | | | | ☐No ☐Yes | | | | | ☐No ☒Yes |
| *5. Is the inmate currently receiving healthcare? | ☐No ☐Yes → ☐Medical ☐Mental Health ☐Dental | | | | | ☐No ☐Yes → ☐Medical ☐Mental Health ☐Dental | | | | | ☐No ☒Yes → ☒Medical ☐Mental Health ☐Dental |
| *6. Is the inmate presently thinking of committing suicide? | ☐No ☐Yes | | | | | ☐No ☐Yes | | | | | ☒No ☐Yes |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐Referral made | | | | | ☐Referral made | | | | | ☐Referral made |
| *7. Does inmate have a history of substance abuse | N/A | | | | | N/A | | | | | ☐No ☒Yes |

Westervelt, William
Inma  DC# 138254  W/M
DC#   DOB: 03/02/1965
Date
Insti

DC 4-760A (Revised 2/22/11) Page 1

19

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

| Institution: WCI-N | Date: 3-10-14 | | Time: 2202 | | |
|---|---|---|---|---|---|
| Post Use of Force? ☒No ☐Yes | M | S | W | T | I | SD |
| If yes, was DC4-701C completed? ☐No ☐Yes | | | | | | |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior? ☒No ☐Yes→ Describe:

Current Medical Complaint? ☐No ☒Yes → Describe condition and treatment:
S/P attack Jan 3 — multiple surgeries / needs to see surgeon about hand

Vital Signs:
T: P:82 R:18 BP:30/88 Wt:          Allergies (list): N/C/A

Infirmities or impairment? ☐No ☒Yes→ List findings: low bunk, no prolonged standing

Medications? ☐No ☒Yes→List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal Yes | Renewal No | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Type | Date | N/A |
| Enalapril | | meds renewal | | | Dental | | |
| Naproxen | | | | | Mental Health | | |
| ASA | | | | | CIC Type: | | |
| | | | | | Special Appt: | | |
| | | | | | Dx Studies | | |

Arrangements for Medication Administration: ☒Self ☐ Nursing Staff ☐ N/A

Inmate medication delivered to health care staff? ☒Yes ☐No →Disposition:

Are there any apparent acute medical/mental health reasons that preclude placement in special housing? ☐No ☐Yes →Explain on back and refer inmate to clinic

Document any other pertinent information on the back

Health Record Reviewed? ☒Yes ☐No → Reason:

Inmate educated on how to access medical, dental and mental health care? ☒Yes ☐No → Reason:

Completed DC4-529 Mental Health Referral for S2/S3? ☒N/A ☐ Yes ☐No → Reason: S/

Completed DC4-650B Risk Assessment? ☒Yes ☐No → Reason:

Clinician notified of inmates medical condition/s that may be exacerbated by use of Chemical Agents? ☐No ☐Yes N/A          Electronic Immobilization Devices? ☐No ☐Yes N/A

Staff member signature/title/name stamp J Wiedeman SRN
J Wiedeman, SRN
WCI-N

Inmate Name: Westervelt, William
DC#: 138254          Race/Sex: WM
Date of Birth: 3-2-65
Institution: WCI-N

DC4-769 (Revised 5/14/13)          Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.



## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _NKDA_

| DATE/TIME | |
|---|---|
| 5-28-14 | X-Ray results |
| 0845 | BP 132/81 RESP 18 PULSE 84 |
| | TEMP 97.5 WEIGHT 174 |
| | M. Bruce, MA |

5/28/14  • IMP is seen today for F/U of his lft hand X-ray
9:00      X-ray was taken on 1/10/14 i showed ~~improper~~
          ~~_____ of _____ the _____ fracture~~ _____
          _____ of Rt hand  IMP had already knowledge about this
          Rev Plan

          • IMP had a possible Scabies infection, was treated
          i Permethrin on 5/15/14. Rash did not go away
          IMP just started Claritin x 2 days a is willing to wait
          to see the effect of tt

          • Skin btwn 4th a 5th toes in both feet is wet, slightly
          macerated i a foul odor

A         Contact Dermatitis
          Tinea Pedis

P         • Tolnaflate powder BID → given
          • Continue Claritin 10 QD
          • F/U x 1mo

          S. Kozman, SMD
          Wakulla CI                          [signature]
                                              5/28/14

---

Inmate Name _Westervelt, William_          S- Subjective Data
DC# _138254_          Race/Sex _WM_          O- Objective Data
Date of Birth _138254_                       A- Assessment of S and O Data
Institution _WCI Annex_                      P- Plan
                                             E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

☐ Bed rest lay-in     From_____ To_____
☒ Low/bottom bunk   From 1·13·14 To 7·13·14
☐ No shave          From_____ To_____
☒ Restricted activity From 1·13·14 To 7·13·14
☐ Restrictions:  No use of Lt hand
_____ May wear hand
_____ brace

☐ Other:           From_____ To_____
_____
_____

Westervelt, William
DC# 138254  W/M
DOB: 03/02/1965

uthorized
r:
(Initial & Name Stamp)

Institution  DESOTO CI  Date: 1·13·14

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX

**Health Slip/Pass**
**DC4-701D (2/96)**   White/Medical  Yellow/Security  Pink/Inmate

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

☐ Bed rest lay-in     From_____ To_____
☒ Low/bottom bunk   From 1/3/14 To 7/13/14
☐ No shave          From_____ To_____
☐ Restricted activity From_____ To_____
☐ Restrictions:_____
_____
_____

☒ Other:           From 1/3/14 To 7/13/14
No use of Lt hand.
Hand brace

Inmate Westervelt William
DC# 138254     R/S
Date of Birth 3-2-65
Institution Desoto CI

Authorized
by:
(Initial & Name Stamp)

Date: 1·15·14

TRUNG VAN LE, M.D., CHO
DESOTO ANNEX

**Health Slip/Pass**
**DC4-701D (2/96)**   White/Medical  Yellow/Security  Pink/Inmate

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☐ Bed rest lay-in  From____ To____
- ☒ Low/bottom bunk  From 6/4/14 To 6/4/15
- ☒ No shave  From 6/4/14 To 6/4/15
- ☒ Restricted activity  From 6/4/14 To 6/4/15
- ☒ Restrictions: Restricted activity e Lft Hand
- ☒ Other:  From 6/4/14 To 6/4/15  May wear a Hand Brace

Inmate WESTERVELT William   Authorized by: (illegible)
DC# 138254   R/S W/M
Date of Birth 3/2/65   (Initial & Name Stamp)
Institution WCI - A   Date: 6/4/14

S. Kozman, SMD
Wakulla CI

**Health Slip/Pass**
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☐ Bed rest lay-in  From____ To____
- ☐ Low/bottom bunk  From____ To____
- ☐ No shave  From____ To____
- ☒ Restricted activity  From 4/9/14 To 4/9/15
- ☒ Restrictions: No prolonged standing > 15min
- ☒ Other:  From 4/9/14 To 4/9/15  may wear a long sleeves shirt, Hand Brace & a Red Rose Hand

Inmate WESTERVELT William   Authorized by: (illegible)
DC# 138254   R/S W/M
Date of Birth 3/2/65   (Initial & Name Stamp)
Institution WCI - A   Date: 4/9/14

S. Kozman, SMD
Wakulla CI

**Health Slip/Pass**
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☐ Bed rest lay-in  From —— To ——
- ☒ Low/bottom bunk  From 1/30/14 To 6/30/14
- ☒ No shave  From 1/30/14 To 6/30/14
- ☒ Restricted activity  From 1/30/14 To 6/30/14
- ☒ Restrictions: LIMIT USE OF L HAND FOR GRASPING; FRONT CUFF PASS
- ☒ Other: BEARD AND MUSTACHE MUST BE CLIPPED. LENGTH NOT TO EXCEED ¼  From 1/30/14 To 6/30/14  NO SHAVING OF HEAD BLADE, PILLIN FOR BED

Inmate WESTERVELT, William   Authorized by: (illegible)
DC# 138254   R/S
Date of Birth 03/02/65   (Initial & Name Stamp)
Institution Martin C.I.   Date: 1/30/14

RS Johnson, M.D.
Sago / Martin C.I.

**Health Slip/Pass**
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☐ Bed rest lay-in  From____ To____
- ☐ Low/bottom bunk  From____ To____
- ☐ No shave  From____ To____
- ☐ Restricted activity  From____ To____
- ☐ Restrictions:
- ☐ Other:  From 4/30/14 To 4/30/15  Pass for a Hat

Inmate WESTERVELT William   Authorized by: (illegible)
DC# 138254   R/S W/M
Date of Birth 3/2/65   (Initial & Name Stamp)
Institution WCI - A   Date: 4/30/14

S. Kozman, SMD
Wakulla CI

**Health Slip/Pass**
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate