UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:18-cv-522-JLB-MRM

WILLIAM WESTERVELT,

    Plaintiff,

v.

TRUNG VAN LE, HELEN GREIG,
JENNIFER LOWE, and RICHARD
JOHNSON,

    Defendants.
_____/

**WEXFORD DEFENDANTS' MOTION TO WAIVE THE "IN PERSON" MEETING REQUIREMENT, PARAGRAPH 2 OF THE <u>SCHEDULING ORDER [DE 84], DUE TO COVID-19</u>**

    COMES NOW, Defendants, TRUNG VAN LE; HELEN GREIG; JENNIFER LOWE, and RICHARD JOHNSON, (collectively the "Wexford Defendants") by and through the undersigned counsel, and files this Motion to Waive the "In Person" Meeting Requirement, Paragraph 2 of the Scheduling Order [DE 84], Due to COVID-19 and states the following:

    1.    Plaintiff is a Florida Department of Corrections ("FDOC") inmate who sues the Defendants for their alleged deliberate indifference to his serious medical needs relating to his broken hand.

2. The Court's Scheduling Order [DE 84] calls for the parties to meet and confer "in person in a good faith effort to settle all pending issues." [DE 84 at ¶2]. The deadline to do so, as it currently stands, is December 1, 2020. [DE 96].

3. No trial date has been set. The Wexford Defendants also have a pending motion to enlarge the Scheduling Order Deadlines by 90 Days. [DE 100].

4. Plaintiff is currently imprisoned in Moore Haven Correctional Facility.

5. At the time of this filing, Moore Haven Correctional Facility reported 182 prisoners and 39 staff with positive tests for COVID-19. See http://www.dc.state.fl.us/comm/covid-19.html#stats. Moore Haven has approximately 985 prisoners and unknown number of staff. See http://www.dc.state.fl.us/ci/511.html

6. At the time of this filing, the Florida Department of Health reported 6,164 new cases of COVID-19. See https://floridahealthcovid19.gov/#latest-stats.

7. In light of the COVID-19 pandemic which continues to disrupt the normal operation of the legal profession in Florida, and the fact that counsel for the Wexford Defendants would be travelling from Miami to meet in person at a prison where over 200 have tested positive for COVID-19, at a time where the state has 6,000 new cases in one day, the undersigned counsel asks for leave to meet and confer with the Plaintiff telephonically.

WHEREFORE, the Wexford Defendants move this Court to waive the "In Person" meeting requirement of the Scheduling Order [DE 84], Due to COVID-19.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

On October 23, 2020, the undersigned counsel spoke with Plaintiff over the telephone.  The undersigned counsel was unable to obtain Plaintiff's position with regard to the relief sought in this Motion. Plaintiff said that he was hiring counsel and ended the conversation. No counsel has filed a Notice of Appearance on his behalf.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on **November 5, 2020** this was served by U.S. Mail **to** *pro se* **Plaintiff, William Westervelt, DC# 138254**, Moore Haven Correctional Facility, PO Box 719001, Moore Haven, FL 33471.

CHIMPOULIS & HUNTER, P.A.
Attorneys for Defs / Trung Van Le; Helen Greig; Jennifer Lowe & Richard Johnson
150 South Pine Island Road - Suite 510
Plantation, FL  33324
Phone: (954) 463-0033

/s/ Alexander Dombrowsky
BY:  ALEXANDER DOMBROWSKY, ESQ.
Florida Bar No.:  186260
Email–
adombrowsky@chimpoulishunter.com
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.:  981877
Email – khunter@chimpoulishunter.com