UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM WESTERVELT,

    Plaintiff,

v.                                                          Case No. 2:18-cv-522-JLB-MRM

TRUNG VAN LE, HELEN GREIG,
JENNIFER LOWE, and RICHARD
JOHNSON,

    Defendants.
_____

## ORDER

Plaintiff filed a motion seeking a 90-day enlargement of all deadlines set forth in the Court's July 23, 2021 scheduling order. (Doc. 122, filed Nov. 1, 2021). Counsel for Plaintiff asserts that an enlargement is necessary due to difficulties in arranging an independent medical exam. (*Id.* at 1–2). Discovery was scheduled to end on November 2, 2021. (Doc. 115 at 2). The defendants did not respond to Plaintiff's motion, and the Court will consider it unopposed. *See* Local Rule 3.01(c).

Accordingly, it is now **ORDERED**:

1. Plaintiff's Motion for Enlargement of Discovery Period (Doc. 122) is **GRANTED**.

2. The following deadlines will apply:

    a. Discovery Deadline: **January 31, 2022.**

    b. Meet and Confer: **February 14, 2022.**

    c. Report Regarding Settlement: **February 28, 2022.**

    d. Motions for Summary Judgment and other Dispositive Motions: **March 11, 2022.**

**DONE AND ORDERED** in Fort Myers, Florida on November 19, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

SA:   FTMP-2

Copies furnished to:
Counsel of Record